DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL WILSON** and **VIRGINIA WILSON,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-9,**
Appellee.

No. 4D14-3747

[October 21, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; James W. Midelis, Judge; L.T. Case No. 432009CA002844.

Brian Korte and Scott J. Wortman of Korte & Wortman, P.A., West Palm Beach, for appellants.

Joseph D. Wargo and Susan Capote of Wargo & French, LLP, for appellee.

## _On Confession of Error_

MAY, J.

The borrowers appeal a final judgment of foreclosure, arguing the trial court erred in entering a final judgment because the lender failed to prove standing, and also erred in the admission of certain evidence. The lender has filed a confession of error on the standing issue. We therefore reverse.

_Reversed._

WARNER and STEVENSON, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***